# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| GUY M. LACROSSE, individually, and as a representative of a Class of Participants and Beneficiaries of the Jack Henry & Associates, Inc., Savings/Retirement Plan,<br><br>        Plaintiff,<br>  vs.<br><br>JACK HENRY & ASSOCIATES, INC., UNDER 29 U.S.C. § 1132(a)(2)<br><br>      and<br><br>RETIREMENT COMMITTEE OF THE JACK HENRY & ASSOCIATES, INC. 401(K) RETIREMENT SAVINGS PLAN,<br><br>      Defendants. | Case No.: 3:23-cv-05088-SRB<br><br><br><br>**ORAL ARGUMENT REQUESTED** |

## MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Jack Henry & Associates, Inc. and the Retirement Plan Committee of the Jack Henry and Associates, Inc. 401(k) Retirement Savings Plan (collectively, "Defendants") hereby move this Court to dismiss Plaintiff Guy M. Lacrosse's Second Amended Class Action Complaint (ECF No. 22) with prejudice. The grounds for this motion are set forth in Defendants' Suggestions in Support of Their Motion to Dismiss the Second Amended Class Action Complaint submitted herewith.

Dated: March 5, 2024

JACKSON LEWIS P.C.

*/s/ Phillip C. Thompson*_____
Phillip C. Thompson
MO Bar No. 69915
7101 College Blvd., Suite 1200
Overland Park, KS 66210

1

Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Phillip.Thompson@jacksonlewis.com

Lindsey H. Chopin, LA No. 35707*
Ryan M. Tucker, LA No. 38922*
*Admitted pro hac vice
601 Poydras St., Suite 1400
New Orleans, LA 70130
Telephone: 504-208-1755
Facsimile: 504-208-1759
Lindsey.Chopin@jacksonlewis.com
Ryan.Tucker@jacksonlewis.com


ATTORNEYS FOR DEFENDANTS

2