UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUY M. LACROSSE and JOJEMAR MENDOZA individually, and as representatives of a Class of Participants and Beneficiaries of the Jack Henry & Associates, Inc., Savings/Retirement Plan,<br><br>Plaintiffs,<br><br>v.<br><br>JACK HENRY & ASSOCIATES, INC., UNDER 29 U.S.C. § 1132(a)(2)<br><br>and<br><br>RETIREMENT COMMITTEE OF THE JACK HENRY & ASSOCIATES, INC. 401(K) RETIREMENT SAVINGS PLAN,<br><br>Defendants. | Case No.: 3:23-cv-05088-SRB |

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Guy LaCrosse and Jojemar Mendoza (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class (defined below) and the Jack Henry & Associates, Inc. 401(k) Retirement Savings Plan (the "Plan"), hereby move pursuant to Federal Rule of Civil Procedure 23 for entry of an Order that: (1) preliminarily approves the Settlement with Defendants Jack Henry & Associates, Inc. and the Retirement Plan Committee of the Jack Henry & Associates, Inc. 401(k) Retirement Savings Plan (collectively, "Defendants"), as memorialized in the Settlement Agreement and exhibits thereto;[1] (2) finds that the Class may be maintained through such time as the Court enters an order granting final approval of the Settlement; (3) approves the proposed Notice and Claim form ("Notice") in the Settlement Agreement and proposed Preliminary Approval Order; and (4) sets a final approval hearing on a date convenient for the Court at least 75 days after the entry of a Preliminary Approval Order. A proposed Preliminary Approval Order is attached as Exhibit C to the Settlement Agreement.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the Settlement is fair, reasonable, adequate, and should be preliminarily approved so that notice can be provided to the Settlement Class.

The Settlement is the product of arm's-length negotiations between the Parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order.

---

[1] The Class Action Settlement Agreement and Exhibits is attached to the Memorandum of Law in Support of this Motion.

Dated: August 21, 2025               Respectfully submitted,

*/s/ Daniel R. Ferri*
Daniel R. Ferri
DICELLO LEVITT LLP
Ten North Dearborn St., Sixth Floor
Chicago, Illinois  60602
Telephone:  312-214-7900
dferri@dicellolevitt.com

Greg G. Gutzler
DICELLO LEVITT LLP
485 Lexington Avenue, Suite 1001
New York, New York  10017
Telephone:  646-933-1000
ggutzler@dicellolevitt.com

Jacob R. Rusch
JOHNSON BECKER, PLLC
444 Cedar St, Suite 1800
Saint Paul, Minnesota  55101
800-272-6386
Jrusch@johnsonbecker.com

**Counsel for Plaintiffs and the Class**