IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GUY M. LACROSSE and JOJEMAR MENDOZA, individually and as representatives of a Class of Participants and Beneficiaries of the Jack Henry & Associates, Inc., Savings/Retirement Plan,<br><br>Plaintiffs,<br><br>v.<br><br>JACK HENRY & ASSOCIATES, INC., UNDER 29 U.S.C. § 1132(a)(2)<br><br>and<br><br>RETIREMENT COMMITTEE OF THE JACK HENRY & ASSOCIATES, INC. 401(k) RETIREMENT SAVINGS PLAN,<br><br>Defendants. | Case No: 3:23-cv-05088-SRB |

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Before the Court is Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement ("Preliminary Approval Motion"). (Doc. #87.) Upon review, the motion is GRANTED.[1]

**IT IS THEREFORE ORDERED:**

1. The Preliminary Approval Motion is **GRANTED**;

2. In accordance with the Settlement Agreement and pursuant to Fed. R. Civ. P. 23(a) and (b)(1), the following Settlement Class is hereby certified as a class action for settlement purposes only:

---

[1] All capitalized terms not otherwise defined in this Final Order shall have the same meaning as ascribed to them in the Settlement Agreement.

*All persons, except individual Defendants and their immediate family members, who were participants in or beneficiaries of the Plan, at any time during the Class Period, and any Alternate Payee of a Person subject to a [Qualified Domestic Relations Order] ("QDRO") who participated in the Plan at any time during the Class Period.*

3. Named Plaintiffs Guy LaCrosse and Jojemar Mendoza are appointed as the Class Representatives of the Settlement Class;

4. Dicello Levitt, LLP and Johnson Becker, PLLC are appointed as Class Counsel for the Settlement Class;

5. The Settlement Agreement as it relates to the Settlement Class is **PRELIMINARILY APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e);

6. The Settlement Notices attached to the Settlement Agreement to be distributed to Settlement Class members for mailing or sending by electronic means are **APPROVED**;

7. Pursuant to Fed. R. Civ. P. 23(c)(2) the Settlement Notices constitute the best notice practicable under the circumstances, provide due and sufficient notice of the Fairness Hearing and of the rights of all Class Members, and comply fully with the requirements of Fed. R. Civ. P. 23, the Constitution of the United States, and any other applicable law;

8. Verita Global, LLC is appointed as the Settlement Administrator.

9. Payment of the Settlement Notice Expenses as stated in Section 5.1 of the Settlement Agreement, including payment of the Settlement Administrator's fees from the Qualified Settlement Fund, are **APPROVED**;

10. The Settlement Administrator shall send by first-class mail and/or e-mail the Settlement Notice to each Class Member identified by the Settlement Administrator based upon the data provided by the Plan's Recordkeeper;

11. Pending final determination of whether the Settlement Agreement should be

approved, no Class Member may directly, through Representatives, or in any other capacity, commence any action or proceeding in any court or tribunal asserting any of the Released Claims against Defendants, the Released Parties, and/or the Plan;

12. A Fairness Hearing will be held to determine whether (a) the Court should approve the Settlement as fair, reasonable, and adequate; (b) the Court should enter the Final Order; and (c) the Court should approve the application for Attorneys' Fees and Costs, Class Representatives' Case Contribution Awards, Administrative Expenses incurred to date, and a reserve for anticipated future Administrative Expenses. The Court will set a Fairness Hearing date subsequent to the entry of this Order;

13. Any objections to any aspect of the Settlement Agreement shall be heard, and any papers submitted in support of said objections shall be considered, by the Court at the Fairness Hearing if they have been filed validly with the Clerk of the Court and copies provided to Class Counsel and Defense Counsel. To be filed validly, the objection and any notice of intent to participate or supporting documents must be filed at least fourteen (14) calendar days prior to the scheduled Fairness Hearing. Any Person objecting to the Settlement Agreement must appear in person at the Fairness Hearing. Any objection(s) will be deemed waived unless the objecting person personally appears at the Fairness Hearing;

14. Any party may file a response to an objection by a Class Member at least seven (7) calendar days before the Fairness Hearing;

15. The Fairness Hearing may, without further direct notice to the Class Members, other than by notice to Class Counsel, be adjourned or continued by order of the Court and/or be heard by Zoom or other United States District Court sanctioned videoconference methodologies;

16. The Parties are directed to implement the Settlement Agreement in accordance with

its terms. The Parties and the Settlement Administrator shall abide by all terms of the Settlement Agreement and this Order; and

17. Counsel for the Parties are hereby authorized to utilize all reasonable and mutually agreed procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Settlement Agreement. The parties shall promptly inform the Court if any such agreed and anticipated procedure could be deemed materially inconsistent.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: September 11, 2025